IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERMAN FRANCIS LEE                                                                           PLAINTIFF
ADC #092543

V.                                          NO.  4:08cv00627 JMM

LEROY BROWENLEE, et al                                                                    DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's, without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 8th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE