**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SHERMAN FRANCIS LEE**                                                      **PLAINTIFF**

V.                                          **4:08CV627 JMM**

**LEROY BROWENLEE, et al**                                                   **DEFENDANTS**

## ORDER

Plaintiff asks the Court to reconsider the Order dated December 30, 2008. Plaintiff states that the Order dismisses his case with prejudice. Plaintiff requests that the Court amend the Order to reflect that the dismissal is without prejudice.

The Court's December 30, 2008 Order merely denies Plaintiff's motion to alter or amend the Judgment which dismissed Plaintiff's case on December 8, 2008. The Judgment dismissed Plaintiff's case without prejudice. The Court's December 30, 2008 Order does not change the Judgment. In other words, Plaintiff's case has been dismissed without prejudice. Therefore, Plaintiff's Motion to Reconsider (Docket # 21) is DENIED.

IT IS SO ORDERED this 12th day of January 2009.

_____
James M. Moody
United States District Judge